John P. Massicot
Silvestre & Massicot
3914 Canal St.
New Orleans, Louisiana 70119
(504) 482-3400 Phone
(504) 488-6082 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br>Alexander Murawski and his wife, Jeanne Murawski v. Pfizer Inc.<br>06-CV-05943 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009    By: _____

Silvestre & Massicot
3914 Canal St.
New Orleans, Louisiana 70119
(504) 482-3400 Phone
(504) 488-6082 Fax

*Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42626994.1

DATED: Jan. 26, 2010    By: /s/ [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 2 2010

Hon. Charles R. Breyer
United States District Court